1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11  JANET L. SANDERS, et al,                    CASE NO. C13-03205 EJD

12                 Plaintiffs,                   **ORDER GRANTING  THIRD PARTY**
                                                 **DEFENDANTS NATIONAL MEDICAL**
13  v.                                           **REGISTRY, INC., dba SOLVERE AND JAMES**
                                                 **J. HELMER, M.D.'S REQUEST TO APPEAR**
14  COUNTY OF SANTA CRUZ, PHIL                   **BY TELEPHONE AT MANDATORY**
    WOWAK, SHERIFF OF COUNTY OF                  **SETTLEMENT CONFERENCE ON**
15  SANTA CRUZ, and DOES 1-300, inclusive,       **NOVEMBER 20, 2014**

16                 Defendants.

17  ───────────────────────────────────          Hon. Magistrate Judge Nathanael Cousins
                                                 U.S. District Court, S.F. Division
18  COUNTY OF SANTA CRUZ and SHERIFF
    PHIL WOWAK,

19
           Defendants and Third Party Plaintiffs,
20                                                Action Filed:    July 11, 2013
    v.                                            Trial Date:      None
21
    DIGNITY HEALTH dba DOMINICAN
22  HOSPITAL; D. CHRISTOPHER DANISH,
    D.O.; BRADLEY WHALEY, M.D.; MARC
23  B. YELLIN, M.D.; SANTA CRUZ
    EMERGENCY PHYSICIANS MEDICAL
24  GROUP, INC.; ROY A. MARTINEZ, M.D.;
    RADIOLOGY MEDICAL GROUP OF
25  SANTA CRUZ COUNTY, INC.; JAMES
    HELMER, M.D.; and NATIONAL
26

27
                                                      1
28  **PROPOSED ORDER GRANTING TELEPHONIC APPEARANCE OF SOLVERE AND HELMER AT MANDATORY SETTLEMENT**
    **CONFERENCE**
    **U.S. DISTRICT COURT – SAN JOSE, CASE NO. C13-03205-EJD**
    **JANET L. SANDERS, ET AL. V. COUNTY OF SANTA CRUZ, ET AL.**

1
2
3

MEDICAL REGISTRY, INC., dba
SOLVERE, INC., and DOES 1-25,

     Third Party Defendants.

4   Pursuant to the written request of counsel on behalf of National Medical Registry, Inc., dba

5   Solvere and James J. Helmer, M.D., dated September 23, 2014, and having no objection thereto and

6   for good cause, the Court hereby orders that Solvere and James J. Helmer, M.D. may appear by

7   telephone at the Mandatory Settlement Conference on November 20, 2014, in lieu of personal

8   appearance.

9       **IT IS THEREFORE ORDERED.**

10

11  DATED:   October 28, 2014        By:_____

12                  HON. NATHANAEL COUSINS

13                  UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROPOSED ORDER GRANTING TELEPHONIC APPEARANCE OF SOLVERE AND HELMER AT MANDATORY SETTLEMENT CONFERENCE**
**U.S. DISTRICT COURT – SAN JOSE, CASE NO. C13-03205-EJD**
**JANET L. SANDERS, ET AL. V. COUNTY OF SANTA CRUZ, ET AL.**