HASSARD BONNINGTON LLP
Marc N. Zimmerman, Esq. (CA Bar #100521) mnz@hassard.com
B. Thomas French, Esq. (CA Bar #65848) btf@hassard.com
Joanna L. Storey, Esq. (CA Bar #214952) jls@hassard.com
Two Embarcadero Center, Suite 1800
San Francisco, California  94111-3941
Telephone:  (415) 288-9800
Fax:  (415) 288-9801

Attorneys for Third Party Defendants ROY MARTINEZ, M.D.,  AND
RADIOLOGY MEDICAL GROUP OF SANTA CRUZ COUNTY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANET L. SANDERS, LARRY SANDERS, DANIEL RYAN PIERCE, by and through his Guardian ad Litem, JANET SANDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SANTA CRUZ,  PHIL WOWAK, SHERIFF OF COUNTY OF SANTA CRUZ,  and DOES 1-300, inclusive,<br><br>Defendants. | No. C13-03205 EJD<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST BY THIRD PARTY DEFENDANTS' ROY MARTINEZ, M.D. AND RADIOLOGY MEDICAL GROUP OF SANTA CRUZ COUNTY, INC.'S TO APPEAR AT SETTLEMENT CONFERENCE BY TELEPHONE STANDBY<br><br><br>Hon. Edward J. Davila |
| COUNTY OF SANTA CRUZ and SHERIFF PHIL WOWAK,<br><br>Defendants and Third Party Plaintiffs,<br><br>vs.<br><br>DIGNITY HEALTH dba DOMINICAN HOSPITAL; D. CHRISTOPHER DANISH, D.O.; BRADLEY WHALEY, M.D.; MARC B. YELLIN, M.D.; SANTA CRUZ EMERGENCY PHYSICIANS MEDICAL GROUP, INC.; ROY A. MARTINEZ, M.D.; RADIOLOGY MEDICAL GROUP OF SANTA CRUZ COUNTY, INC.; JAMES HELMER, M.D.; and NATIONAL MEDICAL REGISTRY, INC., dba SOLVERE, INC., and DOES 1-25,<br><br>Third Party Defendants. | |

[~~PROPOSED~~] ORDER GRANTING REQUEST BY THIRD PARTY DEFENDANTS ROY MARTINEZ, M.D. AND RADIOLOGY MEDICAL GROUP TO APPEAR AT SETTLEMENT CONFERENCE BY TELEPHONE STANDBY

P:\Wdocs\HBMAIN\00008\02710\00899882.DOCX-10214

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Third Party Defendants Roy Martinez, M.D. And Radiology Medical Group Of Santa Cruz County, Inc., having made a request to appear at the Settlement Conference in the above-entitled matter scheduled for November 20, 2014, by telephone standby, and good cause appearing therefor,

IT IS HEREBY ORDERED that Third Party Defendants Roy Martinez, M.D. and Radiology Medical Group Of Santa Cruz County, Inc., may attend the Settlement Conference scheduled for November 20, 2014, via telephone standby.

Dated:   October 28, 2014



_____
Honorable Nathanael M. Cousins
UNITED STATES MAGISTRATE DISTRICT JUDGE

GRANTED

Judge Nathanael M. Cousins

-2-

~~[PROPOSED]~~ ORDER GRANTING REQUEST BY THIRD PARTY DEFENDANTS ROY MARTINEZ, M.D. AND RADIOLOGY MEDICAL GROUP TO APPEAR AT SETTLEMENT CONFERENCE BY TELEPHONE STANDBY

P:\Wdocs\HBMAIN\00008\02710\00899882.DOCX-10214