UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANET L. SANDERS, et al.,

    Plaintiffs,

v.

COUNTY OF SANTA CRUZ, et al.,

    Defendants.

Case No. 5:13-cv-03205 EJD (NC)

ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated September 22, 2014, Scott Kanter requested for Third Party Defendants be excused from personally appearing at the settlement conference scheduled for November 20, 2014.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that D. Christopher Danish, D.O., Brad Whaley, M.D., and Marc B. Yellin, M.D. be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on November 20, 2014.

IT IS SO ORDERED.

Dated: October 29, 2014

    NATHANAEL M. COUSINS
    United States Magistrate Judge