Phillip A. Passafuime, SB# 67077
DAWSON, PASSAFUIME, BOWDEN &
 MARTINEZ, A LAW CORPORATION
4665 Scotts Valley Drive
Scotts Valley, CA 95066
Tel: (831) 438-1221
Fax: (831) 438-2812

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| JANET L. SANDERS, LARRY SANDERS, DANIEL RYAN PIERCE, by and through his Guardian ad Litem, JANET SANDERS,<br><br>    Plaintiff,<br>vs.<br><br>COUNTY OF SANTA CRUZ, PHIL WOWAK, SHERIFF OF COUNTY OF SANTA CURZ, et al.<br><br>    Defendants.<br>_____<br>COUNTY OF SANTA CRUZ and SHERIFF PHIL WOWAK,<br><br>    Defendants/Third Party Plaintiffs,<br>vs.<br><br>DIGNITY HEALTH dba DOMINICAN HOSPITAL, et al.<br><br>    Third Party Defendants.<br>_____ | Case No.  C13-03205 EJD<br><br>**STIPULATION AND ORDER FOR PARTIAL DISMISSAL OF ACTION WITH PREJUDICE – FRCP 41(a)** |

  IT IS HEREBY STIPULATED between Plaintiffs JANET L. SANDERS, LARRY

SANDERS, and DANIEL RYAN PIERCE, by and through his Guardian ad Litem JANET

1

SANDERS ("Plaintiffs"); and Defendants COUNTY OF SANTA CRUZ, SHERIFF PHIL WOWAK, and DOES 1-200 ("Defendants"), by and through their counsel of record, that Plaintiffs' claims in this case should be dismissed in their entirety, with prejudice, pursuant to FRCP 41(a)(1).

DATED: 2-9-15

DAWSON, PASSAFUIME, BOWDEN & MARTINEZ

PHILLIP A. PASSAFUIME, Attorney for Plaintiffs Janet L. Sanders and Daniel Ryan Pierce

HAAPALA, THOMPSON & ABERN, LLP

DATED: _____

\*_____
REBECCA S. WIDEN, Attorneys for Defendants  \*Ms. Widen gave her consent to e-file this document

**ORDER**

Pursuant to stipulation, Plaintiffs' claims in this case shall be, and hereby are, dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: 3/12/2015

HONORABLE EDWARD J. DAVILA
United States District Judge

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | **[C.C.P. 1013a, 2015.5]** |

3    I declare that I am employed in the County of Santa Cruz, California.  I am over the age of

4  eighteen years and not a party to this action.  My business address is 4665 Scotts Valley Drive, Scotts

5  Valley, California, 95066.

6    On March 10, 2015,  I served copies of the following documents in the above captioned

7  action: *Stipulation and Order for Partial Dismissal of Action with Prejudice*

8  on the interested party in said case as indicated below:

9

10  [ ]    **(BY PERSONAL SERVICE)**   I caused to be delivered by hand by _____ to the interested parties in this action by placing the above mentioned document(s) thereof in an envelope addressed to the office of the addressee(s) listed below or on attached sheet.

11

12  [ ]    **(BY FACSIMILE)**   I served a true and correct copy by facsimile pursuant to CCP §1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet.   Said transmission was reported complete and without error.

13

14  [ ]    **(BY OVERNIGHT COURIER)**   I served the above referenced document(s) enclosed in a sealed package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed below or on attached sheet.

15

16  [ ]    **(BY U.S. MAIL)**   I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service.  I am aware that on motion of the party served, service is presumed invlid if postal cancellation date or postage meter is

17  more than one day after date of deposit for mailing in affidavit.  I deposited such envelope(s) with postage thereon fully prepaid to be placed in the U.S. Mail at Scotts Valley, California.

18

19  [xx]    **(BY E-MAIL)**   I transmitted a copy of the foregoing document(s) via e-mail to the addresse(s) below:

20  [ ]    (Federal)   I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

21

22                                          See parties on
                                             attached Service List
23

24  I declare under penalty of perjury under the laws of the State of California that the foregoing is true

25  and correct and that this declaration was executed on March 10, 2015, at Scotts Valley, California.

26                                          _____
                                             Pamela Morgan
27

28

Service List
<u>Sanders v. County of Santa Cruz</u>
U.S. District Court No: C13-03205 EJD

| | |
|---|---|
| Rebecca S. Widen, Esq.<br><br>HAAPALA, THOMPSON & ABERN LLP<br>1939 Harrison Street, Suite 800<br>Oakland, CA   94612 | Attorneys for Defendants/3rd Party Plaintiffs County of Santa Cruz / Sheriff Wowak<br>(510) 763-2324<br>Fax 510) 273-8570<br>rwiden@htalaw.com |
| Alan Louis Martini, Esq.<br>SHEUERMAN, MARTINI & TABARI<br>1033 Willow Street<br>San Jose, CA   95125 | Attorneys for 3rd Party Defendant,<br>Dignity Health dba Dominican Hospital<br>(408) 288-9700<br>Fax 408) 295-9900 or 350-1432<br>amartini@smtlaw.com |
| Barry C. Marsh, Esq.<br>Scott R. Kanter, Esq.<br>HINSHAW, DRAA, MARSH, STILL<br>12901 Saratoga Avenue<br>Saratoga, CA 95070 | Attorneys for 3rd Party Defendants, Danish, D.O., Whaley, M.D., Yellin, M.D., CA Emergency Physicians Medical Group<br>(408) 861-6500<br>Fax 408) 257-6645<br>skanter@hinshaw-law.com<br>csimmer@hinshaw-law.com |
| Bryant Thomas French, Esq.<br>Marc N. Zimmerman, Esq.<br>HASSARD, BONNINGTON, LLP<br>275 Battery Street, Suite 1600<br>San Francisco, CA   94111 | Attorneys for 3rd Party Defendants, Martinez, M.D., Radiology Med Group of S. Cruz<br>(415) 288-9800<br>Fax 415) 288-9802<br>btf@hassard.com<br>mnz@hassard.com |
| Jack R. Reinholtz, Esq.<br>Douglas S. deHeras, Esq.<br>PRINDLE, AMARO, GOETZ, HILLYARD<br>310 Golden Shore, Fourth Floor<br>Long Beach, CA   90802 | Attorneys for 3rd Party Defendants, National Med Registry, Inc. dba Solvere, Helmer, M.D.<br>(562) 436-3946<br>Fax 562) 495-0564<br>jreinholtz@prindlelaw.com<br>ddeheras@prindlelaw.com |