UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JANET L. SANDERS, et al.,

    Plaintiff,

v.

COUNTY OF SANTA CRUZ, et al.,

    Defendant.

Case No. 5:13-cv-03205-EJD

**ORDER DISMISSING THIRD PARTY COMPLAINT**

On March 13, 2015, the court issued an order requiring the parties to the Third Party Complaint to show cause on or before March 18, 2015, why the third-party claims asserted by the County Defendants should not be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c). See Docket Item No. 121. As the court explained, all claims that formed the basis for federal jurisdiction had been dismissed, rendering it appropriate decline the exercise of continuing supplemental jurisdiction.

No responses to the show cause order have been filed. Accordingly, the court finds under 28 U.S.C. § 1367(c) that it "has dismissed all claims over which it has original jurisdiction" and that state-law claims "substantially predominate[] over the claim or claims over which the district court [had] original jurisdiction." On those grounds, supplemental jurisdiction over the third-party claims is declined and they are DISMISSED WITHOUT PREJUDICE. All other matters are TERMINATED and VACATED and the Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: March 20, 2015

                              EDWARD J. DAVILA
                              United States District Judge